LYMAN D. BEDFORD (SBN 40665)
lbedford@clausenlawgroup.com
KATHLEEN A. UMREIN (SBN 60124)
kumrein@aol.com
CLAUSEN LAW GROUP
1160 Brickyard Cove Road, Suite 201
Pt. Richmond, California  94801
Telephone:  (510) 234-5155

Attorneys for Plaintiff
PACATTE CONSTRUCTION COMPANY, INC.

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 088666)
glafayette@lkclaw.com
REBECCA KIMURA (SBN 220420)
rkimura@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:    (415) 357-4600

Attorneys for Defendant
AMCO INSURANCE COMPANY

MARK G. BONINO (SBN 70215)
mbonino@hayesscott.com
STEPHEN A. SCOTT (SBN 67467)
sscott@hayesscott.com
HAYES, SCOTT, BONINO,
ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California  94065
Telephone:  (650) 637-9100

Attorneys for Defendant
GREAT AMERICAN ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACATTE CONSTRUCTION COMPANY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, a corporation; GREAT AMERICAN ASSURANCE COMPANY, a corporation; and DOES I through V, inclusive,<br><br>Defendants | CASE NO.  C 12-01472 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: ADR**<br>**AS MODIFIED**<br><br>Complaint Filed:  February 8, 2012<br>Removal Filed:  March 23, 2012 |

1  Pursuant to the Court's Order, as reflected in the August 24, 2012 Minute Entry, the
2  Parties hereby consent to participate in mediation. The Parties further agree to complete
3  mediation by January 31, 2013.

5  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

7  Dated: August 30, 2012     CLAUSEN LAW GROUP

9  By:   */s/ Kathleen Umreim*
10       Lyman D. Bedford
         Kathleen Umreim
11       Attorneys for Plaintiff
         PACATTE CONSTRUCTION COMPANY, INC.

13  Dated: August 30, 2012     LAFAYETTE & KUMAGAI, LLP

15  By:   */s/ Rebecca K. Kimura*
16       Gary T. Lafayette
         Rebecca Kimura
17       Attorneys for Defendant
         AMCO INSURANCE COMPANY

19  Dated: August 30, 2012     HAYES, SCOTT, BONINO, ELLINGSON & McLAY, LLP

21  By:   */s/ Mark G. Bonino*
22       Mark. G. Bonino
         Attorneys for Defendant
23       GREAT AMERICAN ASSURANCE COMPANY

25  PURSUANT TO STIPULATION, IT IS SO ORDERED.

**The parties shall file a further stipulation clarifying whether they intend to participate in private mediation or want a referral to the Court's ADR program by September 7, 2012.**

27  DATED: ~~August 31, 2012~~
         Honorable Jeffrey S. White
28       United States District Judge

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

STIPULATION AND [~~PROPOSED~~] ORDER RE: ADR (CASE NO. C 12-01472 JSW)    2