LYMAN D. BEDFORD (SBN 40665)
lbedford@clausenlawgroup.com
KATHLEEN A. UMREIN (SBN 60124)
kumrein@aol.com
CLAUSEN LAW GROUP
1160 Brickyard Cove Road, Suite 201
Pt. Richmond, California 94801
Telephone: (510) 234-5155

Attorneys for Plaintiff
PACATTE CONSTRUCTION COMPANY, INC.

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 088666)
glafayette@lkclaw.com
REBECCA KIMURA (SBN 220420)
rkimura@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600

Attorneys for Defendant
AMCO INSURANCE COMPANY

MARK G. BONINO (SBN 70215)
mbonino@hayesscott.com
STEPHEN A. SCOTT (SBN 67467)
sscott@hayesscott.com
HAYES, SCOTT, BONINO,
ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: (650) 637-9100

Attorneys for Defendant
GREAT AMERICAN ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACATTE CONSTRUCTION COMPANY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, a corporation; GREAT AMERICAN ASSURANCE COMPANY, a corporation; and DOES I through V, inclusive,<br><br>Defendants | CASE NO. C 12-01472 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: ADR**<br>**AS MODIFIED**<br><br>Complaint Filed: February 8, 2012<br>Removal Filed: March 23, 2012 |

STIPULATION AND [PROPOSED] ORDER RE: ADR (CASE NO. C 12-01472 JSW)   1

Pursuant to the Court's Order, as reflected in the August 24, 2012 Minute Entry, the Parties hereby consent to participate in mediation. The Parties further agree to complete mediation by January 31, 2013.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 30, 2012   CLAUSEN LAW GROUP

By:   */s/ Kathleen Umreim*

    Lyman D. Bedford
    Kathleen Umreim
    Attorneys for Plaintiff
    PACATTE CONSTRUCTION COMPANY, INC.

Dated: August 30, 2012   LAFAYETTE & KUMAGAI, LLP

By:   */s/ Rebecca K. Kimura*

    Gary T. Lafayette
    Rebecca Kimura
    Attorneys for Defendant
    AMCO INSURANCE COMPANY

Dated: August 30, 2012   HAYES, SCOTT, BONINO, ELLINGSON & McLAY, LLP

By:   */s/ Mark G. Bonino*

    Mark. G. Bonino
    Attorneys for Defendant
    GREAT AMERICAN ASSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**The parties shall file a further stipulation clarifying whether they intend to participate in private mediation or want a referral to the Court's ADR program by September 7, 2012.**

DATED: August 31, 2012

Honorable Jeffrey S. White
United States District Judge

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605