IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PACATTE CONSTRUCTION CO,

    Plaintiff,

v.

AMCO INSURANCE CO., et al.,

    Defendants.
                              /

No. C 12-01472 JSW

**ORDER TO SHOW CAUSE**

    On August 31, 2012, this Court issued an Order directing the parties to file a further stipulation regarding whether they intended to participate in private or court-sponsored mediation. That stipulation was due by September 7, 2012. On September 7, 2012, Defendants filed a further stipulation requesting a referral to the Court's ADR program. Defendants represented that Plaintiff had not responded to their request to meet and confer on this issue.

    Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not refer this matter to the Court's ADR program *and* is HEREBY ORDERED TO SHOW CAUSE as to why sanctions in the amount of $250.00 should not be imposed for failing to comply with the Court's deadline.

//

//

//

//

Plaintiff's response to this Order to Show Cause shall be due by no later than October 5, 2012. If the Court has not received a response from Plaintiff by that date, it shall approve the Defendant's stipulation for a referral to the Court's ADR program.

**IT IS SO ORDERED.**

Dated: September 26, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE