IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACATTE CONSTRUCTION CO, | No. C 12-01472 JSW |
| Plaintiff, | **ADR REFERRAL ORDER** |
| v. | (Docket Nos. 22 and 24) |
| AMCO INSURANCE CO., et al., | |
| Defendants. | |

The Court has received an ADR Phone Conference Report. The Court HEREBY REFERS the parties to mediation to be conducted through the Court's ADR Program. The parties shall complete mediation within 120 days of the date of this Order. This Order terminates the stipulations submitted as docket numbers 22 and 24.

**IT IS SO ORDERED.**

Dated: October 16, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: ADR Department