United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PACATTE CONSTRUCTION CO,                       No. C 12-01472 JSW

       Plaintiff,                              **ADR REFERRAL ORDER**

  v.                                           (Docket Nos. 22 and 24)

AMCO INSURANCE CO., et al.,

       Defendants.
_____/

     The Court has received an ADR Phone Conference Report.  The Court HEREBY
REFERS the parties to mediation to be conducted through the Court's ADR Program.  The
parties shall complete mediation within 120 days of the date of this Order.  This Order
terminates the stipulations submitted as docket numbers 22 and 24.

     **IT IS SO ORDERED.**

Dated: October 16, 2012

                                            _____
                                JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE

cc:    ADR Department