LYMAN D. BEDFORD (SBN 40665)
lbedford@clausenlawgroup.com
KATHLEEN A. UMREIN (SBN 60124)
kumrein@aol.com
CLAUSEN LAW GROUP
1160 Brickyard Cove Road, Suite 201
Pt. Richmond, California 94801
Telephone: (510) 234-5155

Attorneys for Plaintiff
PACATTE CONSTRUCTION COMPANY, INC.

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 088666)
glafayette@lkclaw.com
REBECCA KIMURA (SBN 220420)
rkimura@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600

Attorneys for Defendant
AMCO INSURANCE COMPANY

MARK G. BONINO (SBN 70215)
mbonino@hayesscott.com
STEPHEN A. SCOTT (SBN 67467)
sscott@hayesscott.com
HAYES, SCOTT, BONINO,
ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: (650) 637-9100

Attorneys for Defendant
GREAT AMERICAN ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACATTE CONSTRUCTION COMPANY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, a corporation; GREAT AMERICAN ASSURANCE COMPANY, a corporation; and DOES I through V, inclusive,<br><br>Defendants | CASE NO. C 12-01472 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY ADR REFERRAL ORDER**<br><br>Complaint Filed: February 8, 2012<br>Removal Filed: March 23, 2012 |

Plaintiff PACATTE CONSTRUCTION COMPANY ("Plaintiff"), Defendant AMCO INSURANCE COMPANY ("AMCO") and Defendant GREAT AMERICAN ASSURANCE COMPANY ("Great American") (collectively, the "Parties") through their respective counsel present the following stipulation and proposed order regarding an extension of the date to complete mediation.

WHEREAS on October 12, 2012, the Parties consented to participate in court-sponsored mediation;

WHEREAS on October 16, 2012, the Court issued its ADR Referral Order, referring the parties to mediation through the Court's ADR Program, and ordering that the mediation to be completed within 120 days of the date of the order, or February 13, 2013 (Dkt. No. 27);

WHEREAS on November 9, 2012, the Court assigned Robert E. Freitas as the Mediator to this case (Dkt. No. 28);

WHEREAS the initial pre-session conference call with the Mediator took place on February 4, 2013, due to the holidays and scheduling conflicts, which was only nine days before the deadline by which mediation was to be completed;

WHEREAS the Mediator has scheduled another pre-session call for March 5, 2013 in order to set a date for the mediation, the Parties therefore desire to extend the date by which mediation is to be completed to April 26, 2013.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

That the Court's ADR Referral Order be modified such that mediation is to be completed by April 26, 2013.

//
//
//
//
//
//
//

| | | |
|---|---|---|
| Dated: February 8, 2013 | | CLAUSEN LAW GROUP |

By: _/s/ Kathleen Umreim_____
Lyman D. Bedford
Kathleen Umreim
Attorneys for Plaintiff
PACATTE CONSTRUCTION COMPANY, INC.

Dated: February 8, 2013         LAFAYETTE & KUMAGAI, LLP

By: _/s/ Rebecca K. Kimura_____
Gary T. Lafayette
Rebecca Kimura
Attorneys for Defendant
AMCO INSURANCE COMPANY

Dated: February 8, 2013         HAYES, SCOTT, BONINO, ELLINGSON & McLAY, LLP

By: _/s/ Mark G. Bonino_____
Mark. G. Bonino
Attorneys for Defendant
GREAT AMERICAN ASSURANCE COMPANY

## ORDER

The Court, having reviewed the Parties' Stipulation to Modify ADR Referral Order, and good cause appearing, hereby modifies the existing ADR Referral Order and adopts the deadlines provided above. The mediation shall be completed by April 26, 2013.

IT IS SO ORDERED.

DATED: __February 11, 2013_____        _____
Honorable Jeffrey S. White
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO MODIFY ADR REFERRAL ORDER        3
(CASE NO. C 12-01472 JSW)