1  LYMAN D. BEDFORD (SBN 40665)
   lbedford@clausenlawgroup.com
2  KATHLEEN A. UMREIN (SBN 60124)
   kumrein@aol.com
3  CLAUSEN LAW GROUP
   1160 Brickyard Cove Road, Suite 201
4  Pt. Richmond, California 94801
   Telephone: (510) 234-5155
5
   Attorneys for Plaintiff
6  PACATTE CONSTRUCTION COMPANY, INC.

7  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (SBN 088666)
8  glafayette@lkclaw.com
   REBECCA KIMURA (SBN 220420)
9  rkimura@lkclaw.com
   100 Spear Street, Suite 600
10 San Francisco, California 94105
   Telephone: (415) 357-4600
11
   Attorneys for Defendant
12 AMCO INSURANCE COMPANY

13 MARK G. BONINO (SBN 70215)
   mbonino@hayesscott.com
14 STEPHEN A. SCOTT (SBN 67467)
   sscott@hayesscott.com
15 HAYES, SCOTT, BONINO,
   ELLINGSON & McLAY, LLP
16 203 Redwood Shores Pkwy., Ste. 480
   Redwood City, California 94065
17 Telephone: (650) 637-9100

18 Attorneys for Defendant
   GREAT AMERICAN ASSURANCE COMPANY
19

20                    UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

22 | PACATTE CONSTRUCTION COMPANY, | CASE NO. C 12-01472 JSW
23 | INC.                          |
   |                               | **STIPULATION AND [PROPOSED]**
24 |         Plaintiff,            | **ORDER TO MODIFY ADR**
   |                               | **REFERRAL ORDER**
25 | vs.                           |
   |                               | Complaint Filed: February 8, 2012
26 | AMCO INSURANCE COMPANY, a     | Removal Filed: March 23, 2012
   | corporation; GREAT AMERICAN   |
27 | ASSURANCE COMPANY, a corporation; |
   | and DOES I through V, inclusive, |
28 |         Defendants            |

1  Plaintiff PACATTE CONSTRUCTION COMPANY ("Plaintiff"), Defendant AMCO
2 INSURANCE COMPANY ("AMCO") and Defendant GREAT AMERICAN ASSURANCE
3 COMPANY ("Great American") (collectively, the "Parties") through their respective counsel
4 present the following stipulation and proposed order regarding an extension of the date to
5 complete mediation.

6  WHEREAS on October 12, 2012, the Parties consented to participate in court-sponsored
7 mediation;

8  WHEREAS on October 16, 2012, the Court issued its ADR Referral Order, referring the
9 parties to mediation through the Court's ADR Program, and ordering that the mediation to be
10 completed within 120 days of the date of the order, or February 13, 2013 (Dkt. No. 27);

11  WHEREAS on November 9, 2012, the Court assigned Robert E. Freitas as the Mediator
12 to this case (Dkt. No. 28);

13  WHEREAS the initial pre-session conference call with the Mediator took place on
14 February 4, 2013, due to the holidays and scheduling conflicts, which was only nine days before
15 the deadline by which mediation was to be completed;

16  WHEREAS the Mediator has scheduled another pre-session call for March 5, 2013 in
17 order to set a date for the mediation, the Parties therefore desire to extend the date by which
18 mediation is to be completed to April 26, 2013.

19  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:
20  That the Court's ADR Referral Order be modified such that mediation is to be completed
21 by April 26, 2013.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION AND [PROPOSED] ORDER TO MODIFY ADR REFERRAL ORDER            2
(CASE NO. C 12-01472 JSW)

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

Dated: February 8, 2013             CLAUSEN LAW GROUP

                                    By:   /s/ Kathleen Umreim
                                          Lyman D. Bedford
                                          Kathleen Umreim
                                          Attorneys for Plaintiff
                                          PACATTE CONSTRUCTION COMPANY, INC.

Dated: February 8, 2013             LAFAYETTE & KUMAGAI, LLP

                                    By:   /s/ Rebecca K. Kimura
                                          Gary T. Lafayette
                                          Rebecca Kimura
                                          Attorneys for Defendant
                                          AMCO INSURANCE COMPANY

Dated: February 8, 2013             HAYES, SCOTT, BONINO, ELLINGSON & McLAY, LLP

                                    By:   /s/ Mark G. Bonino
                                          Mark. G. Bonino
                                          Attorneys for Defendant
                                          GREAT AMERICAN ASSURANCE COMPANY

## ORDER

The Court, having reviewed the Parties' Stipulation to Modify ADR Referral Order, and good cause appearing, hereby modifies the existing ADR Referral Order and adopts the deadlines provided above. The mediation shall be completed by April 26, 2013.

IT IS SO ORDERED.

DATED: February 11, 2013            _____
                                    Honorable Jeffrey S. White
                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER TO MODIFY ADR REFERRAL ORDER      3
(CASE NO. C 12-01472 JSW)